# Exhibit B

## IN THE COURT OF CHANCERY OF THE STATE OF DELAWARE

| | |
|---|---|
| DEFINITION SERVICES INC., | ) </br> ) </br> ) |
| Plaintiff, | ) </br> ) |
| v. | ) C.A. No. 2021-0357-KSJM </br> ) |
| GVA CAPITAL LTD., | ) </br> ) |
| Defendant. | ) </br> ) |

### NOTICE OF FILING OF NOTICE OF REMOVAL

Defendant GVA Capital Ltd. hereby gives notice that a Notice of Removal was filed in the United States District Court for the District of Delaware, a copy of which is appended to this notice (Exhibit A). Accordingly, this action is hereby removed to the United States District Court for the District of Delaware.

|  |  |
|---|---|
|  | ROSS ARONSTAM & MORITZ LLP |
|  |  |
|  | /s/ Adam D. Gold |
| *Of Counsel*: | Bradley R. Aronstam (Bar No. 5129) |
|  | Adam D. Gold (Bar No. 6412) |
| Elliot R. Peters | 100 S. West Street, Suite 400 |
| Nicholas D. Marais | Wilmington, Delaware 19801 |
| KEKER, VAN NEST & PETERS LLP | (302) 576-1600 |
| 633 Battery Street |  |
| San Francisco, California 94111 | *Attorneys for Defendant GVA Capital Ltd.* |

May 25, 2021

## **CERTIFICATE OF SERVICE**

I, Adam D. Gold, hereby certify that on May 25, 2021, I caused a true and correct copy of the foregoing *Notice of Filing of Notice of Removal* to be served through File & Serve*Xpress* on the following counsel:

>Brock E. Czeschin
>Christian C.F. Roberts
>RICHARDS, LAYTON & FINGER, P.A.
>920 North King Street
>Wilmington, Delaware 19801

>*/s/ Adam D. Gold*
>Adam D. Gold (Bar No. 6412)