# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEFINITION SERVICES INC., a British Virgin Islands corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>GVA CAPITAL LTD., a Cayman Islands exempted company,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)  C.A. No. 21-741-LPS<br>)<br>)<br>)<br>)<br>)<br>) |

## PLAINTIFF'S RULE 7.1 CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Definition Services Inc. ("Definition") states the following:

Definition is a wholly-owned subsidiary of Sprain Capital Ltd. (a Cayman entity) and no publicly held corporation owns 10% or more of its stock.

RICHARDS, LAYTON & FINGER, P.A.

/s/ Brock E. Czeschin
Brock E. Czeschin (Bar No. 3938)
Christian Roberts (Bar No. 6694)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
czeschin@rlf.com
croberts@rlf.com

*Attorneys for Plaintiff*
*Definition Services, Inc.*

Dated: June 4, 2021