# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEFINITION SERVICES INC., a British Virgin Islands corporation, | ) ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) C.A. No. 1:21 cv-00741-LPS ) |
| GVA CAPITAL LTD., a Cayman Islands exempted company, | ) ) ) ) |
| Defendant. | ) |

## GVA CAPITAL LTD.'S DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, GVA Capital Ltd. states that Defendant GVA Capital Ltd. is incorporated in the Cayman Islands. It has no parent company and no publicly-held corporation owns 10% or more of its stock.

ROSS ARONSTAM & MORITZ LLP

*Of Counsel:*

Elliot R. Peters
Nicholas D. Marais
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
epeters@keker.com
nmarais@keker.com

/s/ Adam D. Gold
Bradley R. Aronstam (Bar No. 5129)
Adam D. Gold (Bar No. 6412)
100 S. West Street, Suite 400
Wilmington, Delaware 19801
(302) 576-1600
baronstam@ramllp.com
agold@ramllp.com

*Attorneys for Defendant GVA Capital Ltd.*

Dated: June 7, 2021