# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEFINITION SERVICES INC., a British Virgin Islands corporation, <br><br> Plaintiff, <br><br> v. <br><br> GVA CAPITAL LTD., a Cayman Islands exempted company, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) )  C.A. No. 1:21 cv-00741-LPS |

## REQUEST FOR ORAL ARGUMENT

Pursuant to District of Delaware Local Rule 7.1.4, Defendant GVA Capital Ltd. respectfully requests oral argument on Plaintiff's Motion to Remand. (D.I. 4). Briefing on the motion is now complete.

|  | ROSS ARONSTAM & MORITZ LLP |
|---|---|
| *Of Counsel:* | /s/ *Adam D. Gold* <br> Bradley R. Aronstam (Bar No. 5129) <br> Adam D. Gold (Bar No. 6412) |
| Elliot R. Peters <br> David Silbert <br> Nicholas D. Marais <br> KEKER, VAN NEST & PETERS LLP <br> 633 Battery Street <br> San Francisco, California 94111 <br> epeters@keker.com <br> nmarais@keker.com | 100 S. West Street, Suite 400 <br> Wilmington, Delaware 19801 <br> (302) 576-1600 <br> baronstam@ramllp.com <br> agold@ramllp.com <br><br> *Attorneys for Defendant GVA Capital Ltd.* |

Dated: July 6, 2021