IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEFINITION SERVICES INC., a British Virgin Islands corporation,<br><br>       Plaintiff,<br><br> v.<br><br>GVA CAPITAL LTD., a Cayman Islands exempted company,<br><br>       Defendant. | Case No. 1:21-cv-00741-RTD |

**APPLICATION FOR ORAL ARGUMENT
REGARDING NON-PARTY PAVEL CHERKASHIN'S MOTION FOR
RECONSIDERATION OF ORDER GRANTING DEFENDANT GVA CAPITAL LTD.'S
MOTION FOR LEAVE TO TAKE EARLY DISCOVERY FROM NON-PARTY PAVEL
CHERKASHIN**

    Pursuant to Local Rule 7.1.4, Non-Party Pavel Cherkashin respectfully requests that the Court hear oral argument on his Motion for Reconsideration of Order Granting Defendant GVA Capital Ltd.'s Motion for Leave to Take Early Discovery from Non-Party Pavel Cherkashin (the "Motion"), filed on November 17, 2021.  No party has filed an answering brief yet, but this application for oral argument is timely made within seven days of any reply brief that may be filed.

| | |
|---|---|
| Dated: November 17, 2021 | **MORRIS, NICHOLS, ARSHT & TUNNELL LLP** |

By: */s/ Ryan D. Stottmann*

Ryan D. Stottmann
rstottmann@morrisnichols.com
1201 North Market Street, 16th Floor
PO Box 1347
Wilmington, DE 19899-1347
Telephone: (302) 351-9430
Facsimile: (302) 425-4676

**COOLEY LLP**
Kathleen H. Goodhart
kgoodhart@cooley.com
Amy M. Smith
amsmith@cooley.com
3 Embarcadero Center
20th Floor
San Francisco, CA  94111-4004
Telephone:      +1 415 693 2000
Facsimile:       +1 415 693 2222

Attorneys for Third-Party Pavel Cherkashin

259949010