**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| DEFINITION SERVICES INC., a British Virgin Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>GVA CAPITAL LTD., a Cayman Islands exempted company,<br><br>Defendant. | ) | C.A. No. 1:21-cv-00741-RTD |

**DECLARATION OF NICHOLAS D. MARAIS IN SUPPORT OF DEFENDANT GVA CAPITAL LTD'S UNOPPOSED MOTION FOR ISSUANCE OF LETTER OF REQUEST TO NARIMAN GADZHIEV**

I, Nicholas D. Marais, declare as follows:

1. I am an attorney admitted *pro hac vice* to practice before this Court and a partner at the law firm of Keker, Van Nest & Peters LLP, counsel for Defendant GVA Capital LTD ("GVA Capital") in the above-captioned action. I submit this declaration in connection with GVA Capital's Unopposed Motion for Issuance of Letter of Request to Nariman Gadzhiev (the "Motion"). I have personal knowledge of the facts stated in this declaration and, if called as a witness, could and would testify competently as to those facts.

2. Earlier this year, I emailed counsel for Plaintiff Definition Services Inc. ("Definition") to ask whether Definition would produce Mr. Gadzhiev's documents and make him available for deposition. In response, Definition's counsel claimed

that, because "Mr. Gadzhiev is a *former* director of Definition," he "is not under [Definition's] control."

3. Earlier this year, my partner Elliot Peters wrote to Mr. Gadzhiev's U.S. counsel and asked whether they would "agree to produce [his] documents—and make him available for deposition—without the need for international service of process." They declined to do so.

4. On September 10, 2021, I emailed Definition's counsel a copy of GVA's Motion and asked them to "confirm that we can file it unopposed" so as to "minimize any delays." On September 29, 2021, Definition's lawyers responded, confirming that "Definition does not oppose GVA seeking discovery under the Hague Convention…" A true and correct copy of this email exchange is attached as **Exhibit 1** to this declaration.

5. On December 1, 2021, the parties held their Rule 26(f) conference. I declare under penalty of perjury, under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge. Executed this 14th day of December 2021, at San Francisco, California.

Nicholas D. Marais