# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |  |
|---|---|---|
| DEFINITION SERVICES INC.,<br>a British Virgin Islands corporation, | ) ) ) |  |
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | C.A. No. 1:21-cv-00741-RTD |
|  | ) |  |
| GVA CAPITAL LTD., a Cayman<br>Islands exempted company, | ) ) |  |
|  | ) |  |
| Defendant. | ) |  |

## STIPULATION AND ORDER TO EXTEND TIME

WHEREAS, on January 11, 2022, this Court signed a Letter of Request seeking documents and testimony from Nariman Gadzhiev for use in these proceedings;

WHEREAS, on or about May 31, 2022, the District Court of Kriens scheduled Mr. Gadzhiev's examination (the "Examination") for September 22, 2022;

WHEREAS, in light of various delays in the U.S. proceedings, Plaintiff Definition Services Inc. ("Definition") and Defendant GVA Capital Ltd. ("GVA") have met and conferred and agree that a brief continuance of the Examination would better conserve, and result in better use of, the parties' and the courts' resources;

NOW, THEREFORE, Definition and GVA, by and through their undersigned counsel, hereby stipulate and agree as follows:

1.      The parties agree that it is in all parties' interests and would result in an Examination record more helpful to this Court for Mr. Gadzhiev's Examination to be deferred by approximately three months.

2.      Subject to the approval of this Court, the parties request that the District Court of Kriens provide alternative dates for Mr. Gadzhiev's Examination between January 16, 2023 and February 28, 2023, or as soon as practicable thereafter, that are convenient for the District Court of Kriens.

RICHARDS, LAYTON & FINGER, P.A.

*/s/ Brock E. Czeschin*

*Of Counsel:*

Adam D. Harber
Sarah F. Kirkpatrick
William Snyderwine
Miranda Petersen
WILLIAMS & CONNOLLY LLP
680 Maine Avenue, SW
Washington, DC 20024
(202) 434-5000
aharber@wc.com
skirkpatrick@wc.com
wsnyderwine@wc.com
mpetersen@wc.com

Brock E. Czeschin (Bar No. 3938)
Travis S. Hunter (Bar No. 5350)
920 North King Street
Wilmington, Delaware 19801
(302) 651-7700
czeschin@rlf.com
hunter@rlf.com

*Attorneys for Plaintiff*
*Definition Services, Inc.*

2

ROSS ARONSTAM & MORITZ LLP

*Of Counsel:*

Elliot R. Peters
David J. Silbert
Nicholas D. Marais
Maile Yeats-Rowe
Nicholas R. Green
KEKER, VAN NEST & PETERS LLP
633 Battery Street
San Francisco, California 94111
epeters@keker.com
dsilbert@keker.com
nmarais@keker.com
myeatsrowe@keker.com
ngreen@keker.com

Dated:  September 7, 2022

/s/ Adam D. Gold
Bradley R. Aronstam (Bar No. 5129)
Adam D. Gold (Bar No. 6412)
A. Gage Whirley (Bar No. 6707)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
baronstam@ramllp.com
agold@ramllp.com
gwhirley@ramllp.com

*Attorneys for Defendant GVA Capital Ltd.*

IT IS SO ORDERED this 14 day of September 2022.

The Honorable Maryellen Noreika
United States District Judge

3