# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEFINITION SERVICES INC., a British Virgin Islands corporation,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GVA CAPITAL LTD., a Cayman Islands exempted company,<br><br>　　　　　　Defendant. | )<br>)<br>)<br>)　C.A. No. 21-741-MN<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Plaintiff Definition Services Inc. ("Definition") hereby notifies the Court that Brock E. Czeschin and Travis S. Hunter, of the law firm Richards, Layton & Finger, P.A., hereby withdraw their appearances on behalf of Definition in this action. Definition consents to this withdrawal and will continue to be represented by Joseph C. Barsalona II of Pashman Stein Walder Hayden, P.C. and Jason M. Short, Robin William Allen George Rathmell, Joshua N. Paul, Andrew H. Elkin, and Gabriel Santos Neves of the law firm Kasowitz Benson Torres LLP.

Dated: October 21, 2022

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Brock E. Czeschin
　　　　　　　　　　　　　　　　　　　　　　　　Brock E. Czeschin (#3938)
　　　　　　　　　　　　　　　　　　　　　　　　Travis S. Hunter (#5350)
　　　　　　　　　　　　　　　　　　　　　　　　Richards, Layton & Finger, P.A.
　　　　　　　　　　　　　　　　　　　　　　　　920 North King Street
　　　　　　　　　　　　　　　　　　　　　　　　Wilmington, Delaware 19801
　　　　　　　　　　　　　　　　　　　　　　　　(302) 651-7700
　　　　　　　　　　　　　　　　　　　　　　　　czeschin@rlf.com
　　　　　　　　　　　　　　　　　　　　　　　　hunter@rlf.com

　　　　　　　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　　　*Definition Services, Inc.*