**Joseph C. Barsalona II**
Partner
jbarsalona@pashmanstein.com
Direct: 302.592.6497



October 26, 2022

**BY CM/ECF**
The Honorable Maryellen Noreika
United States District Court for the District of Delaware
844 N. King Street
Wilmington, DE 19801

**Re:  *Definition Services Inc. v. GVA Capital Ltd.*, C.A. No. 21-741-MN**

Dear Judge Noreika:

    I write on behalf of the parties in the above-captioned action.  Pursuant to the Court's October 6, 2022 Order, enclosed please find the parties' proposed scheduling order.

    Should the Court have any questions, counsel are available at the Court's convenience.

               Respectfully submitted,

               /s/ *Joseph C. Barsalona II*

               Joseph C. Barsalona II (#6102)

Enclosure

cc:    All Counsel of Record (via CM/ECF)