## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| DEFINITION SERVICES INC., a<br>British Virgin Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>GVA CAPITAL LTD., a Cayman<br>Islands exempted company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:21-cv-00741-RTD |

## NOTICE OF WITHDRAWAL OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Local Rule 83.7, Ross Aronstam & Moritz LLP and Keker, Van Nest & Peters LLP hereby withdraw their appearances as counsel for Defendant GVA Capital Ltd. ("GVA").

Withdrawing counsel for GVA are:

> Bradley R. Aronstam (Bar No. 5129)
> Adam D. Gold (Bar No. 6412)
> A. Gage Whirley (Bar No. 6707)
> ROSS ARONSTAM & MORITZ LLP
> Hercules Building
> 1313 North Market Street, Suite 1001
> Wilmington, Delaware 19801
> (302) 576-1600
> baronstam@ramllp.com
> agold@ramllp.com
> gwhirley@ramllp.com

Elliot R. Peters
David J. Silbert
Nicholas D. Marais
Maile Yeats-Rowe
Nicholas R. Green
KEKER, VAN NEST
  & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
(415) 391-5400
epters@keker.com
dsilbert@keker.com
nmarais@keker.com
myeatsrowe@keker.com
ngreen@keker.com

All pleadings, orders and notices should henceforth be served upon the

following counsel of record for GVA:

Michelle L. Morgan (Bar No. 3651)
Kelly L. Freund (Bar No. 6280)
DLA PIPER LLP (US)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
michelle.morgan@dlapiper.com
kelly.freund@us.dlapiper.com

Rajiv Dharnidharka (admitted *pro hac vice*)
DLA Piper LLP
2000 University Avenue
East Palo Alto, California 94303
(650) 833-2000
rajiv.dharnidharka@dlapiper.com

Dated:  December 30, 2022

ROSS ARONSTAM & MORITZ LLP

*Of Counsel:*

Elliot R. Peters
David J. Silbert
Nicholas D. Marais
Maile Yeats-Rowe
Nicholas R. Green
KEKER, VAN NEST
  & PETERS LLP
633 Battery Street
San Francisco, California 94111-1809
(415) 391-5400
epters@keker.com
dsilbert@keker.com
nmarais@keker.com
myeatsrowe@keker.com
ngreen@keker.com

*/s/ Adam D. Gold*
Bradley R. Aronstam (Bar No. 5129)
Adam D. Gold (Bar No. 6412)
A. Gage Whirley (Bar No. 6707)
Hercules Building
1313 North Market Street, Suite 1001
Wilmington, Delaware 19801
(302) 576-1600
baronstam@ramllp.com
agold@ramllp.com
gwhirley@ramllp.com

*Withdrawing Counsel for Defendant
GVA Capital Ltd.*

3