IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEFINITION SERVICES INC., a British Virgin Islands corporation,<br><br>                            Plaintiff,<br><br>     v.<br><br>GVA CAPITAL LTD., a Cayman Islands exempted company<br><br>                            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   C.A. No. 1:21-cv-00741-MN-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**STIPULATION AND [PROPOSED] ORDER STAYING PROCEEDINGS FOR 30 DAYS**

    WHEREAS, on October 27, 2022, the Court entered a Scheduling Order in this matter (D.I. 85);

    WHEREAS, on February 7, 2023, Plaintiff Definition Services Inc. ("Definition") moved for a temporary stay of the proceedings due to its temporary inability to pay counsel (D.I. 90-92);

    WHEREAS, Defendant GVA Capital Ltd. ("GVA") opposed Definition's motion for a temporary stay (D.I. 93) and the Court scheduled oral argument on Definition's motion for April 3, 2023 at 3:00 PM (D.I. 97); and

    WHEREAS, the parties have since engaged in discussions regarding potential efforts to resolve the disputes at issue in this litigation and are now in agreement that a temporary stay of proceedings of thirty (30) days is warranted to provide the opportunity for such discussions to occur;

    IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Definition and GVA, subject to the approval of the Court, that:

    (1)    This matter is temporarily stayed for a period of thirty (30) days;

    (2)    The oral argument scheduled for April 3, 2023 is postponed for thirty (30) days to a

date convenient for the Court and counsel;

(3) All pre-trial deadlines in the October 27, 2022 Scheduling Order are adjourned pending entry of an amended scheduling order by the Court;

(4) At least seven (7) days before the expiration of the temporary thirty-day stay, the parties shall file a joint status letter advising the Court on their respective positions as to whether a further stay of the proceedings is appropriate; and

(5) The parties shall appear for a telephonic status conference before the undersigned on __May 2, 2023__ at __3:00 pm__.

Dated: March 28, 2023

**PASHMAN STEIN WALDER HAYDEN, P.C.**

*/s/ Joseph C. Barsalona*
Joseph C. Barsalona II (DE Bar No. 6102)
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801
(302) 592-6496
jbarsalona@pashmanstein.com

Joshua N. Paul (*pro hac vice*)
Andrew H. Elkin (*pro hac vice*)
Gabriel Santos Neves (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
jpaul@kasowitz.com
aelkin@kasowitz.com
gsantosneves@kasowitz.com
*Attorneys for Plaintiff Definition Services Inc.*

**DLA PIPER LLP (US)**

*/s/ Michelle L. Morgan*
Michelle L. Morgan (DE Bar No. 3651)
Kelly L. Freund (DE Bar No. 6280)
1201 North Market Street, Suite 2100
Wilmington, Delaware 19801
(302) 468-5700
(302) 394-2341 (Fax)
michelle.morgan@us.dlapiper.com
kelly.freund@us.dlapiper.com
*Attorneys for Defendant*
*GVA Capital Ltd.*

IT IS SO ORDERED this __28th__ day of __March__, 2023

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge