IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DEFINITION SERVICES INC., a British Virgin Islands corporation,<br><br>Plaintiff,<br><br>v.<br><br>GVA CAPITAL LTD., a Cayman Islands exempted company,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)  C.A. No. 21-cv-00741-MN-JLH<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

JOINT STIPULATION AND [PROPOSED] ORDER
STAYING PROCEEDINGS FOR SIX MONTHS

WHEREAS, on October 27, 2022, the Court entered a scheduling order in this matter (D.I. 85);

WHEREAS, on February 7, 2023, Plaintiff Definition Services Inc. ("Definition") moved for a temporary stay of the proceedings (D.I. 90-92, 94) (the "Motion to Stay"), which motion was opposed by Defendant GVA Capital Ltd. ("GVA") (D.I. 93);

WHEREAS, the parties agreed to a temporary stay of 30 days which the Court entered on March 27, 2023 (D.I. 104-05) (the "Temporary Stay");

WHEREAS, during the 30-day stay, GVA applied for a license from the Office of Foreign Assets Control ("OFAC") to engage in settlement negotiations with Definition regarding the assets at the center of the dispute in this case, which assets are currently blocked by OFAC;

WHEREAS, following the expiration of the Temporary Stay, on May 2, 2023, the Court denied Definition's Motion to Stay (D.I. 109);

WHEREAS, on May 30, 2023, the Court entered an amended scheduling order (D.I. 124) (the "Amended Scheduling Order");

WHEREAS, the assets at issue in this case remain blocked by OFAC indefinitely with no indication as to when, or if, they will be released;

WHEREAS, until the assets are released, the disposition of the case will not provide complete relief to either party;

WHEREAS, in the time since the Temporary Stay, GVA has not received a license to negotiate settlement;

WHEREAS, it is GVA's position that GVA should obtain a license from OFAC to pursue settlement negotiations;

WHEREAS, Definition does not object to GVA's position regarding the need for a license from OFAC to pursue settlement negotiations;

WHEREAS, the parties have agreed to request from OFAC authorization to mediate this dispute with the hopes of resolving the matter and removing it from the Court's docket;

IT IS HEREBY STIPULATED AND AGREED by the undersigned counsel for Definition and GVA, subject to the approval of the Court, that:

(1) This matter is temporarily stayed for a period of six (6) months from the date this stipulation is so-ordered by the Court;

(2) All pre-trial deadlines in the May 26, 2023 Scheduling Order, as well as the trial date, are adjourned;

(3) The parties request the Court schedule a new trial date on the first available date approximately six months from the current November 13, 2023 trial date referenced in the Amended Scheduling Order; *

(4) The parties shall request from OFAC authorization to engage in efforts to settle this case, including but not limited to mediation; and

*See note on following page. JLH

2

(5) Thirty (30) days prior to the expiration of the stay, the parties shall jointly file an update to the Court including a proposed pre-trial schedule. **

Dated: July 11, 2023

PASHMAN STEIN WALDER HAYDEN, P.C.

/s/ Joseph C. Barsalona II
Joseph C. Barsalona II (DE Bar No. 6102)
1007 North Orange Street
4th Floor, Suite 183
Wilmington, DE 19801
(302) 592-6496
jbarsalona@pashmanstein.com

Joshua N. Paul (*pro hac vice*)
Andrew H. Elkin (*pro hac vice*)
Gabriel Santos Neves (*pro hac vice*)
KASOWITZ BENSON TORRES LLP
1633 Broadway
New York, NY 10019
(212) 506-1700
jpaul@kasowitz.com
aelkin@kasowitz.com
gsantosneves@kasowitz.com

*Attorneys for Plaintiff*
*Definition Services Inc.*

DLA PIPER LLP (US)

/s/ Michelle L. Morgan
Michelle L. Morgan (DE Bar No. 3651)
Kelly L. Freund (DE Bar No. 6280)
1201 N. Market Street, Suite 2100
Wilmington, DE 19801
(302) 468-5700
(302) 394-2341 (Fax)
michelle.morgan@us.dlapiper.com
kelly.freund@us.dlapiper.com

*Attorneys for Defendant*
*GVA Capital Ltd.*

** The Court will set a new trial date when lifting the stay. The new trial date will depend upon the Court's schedule and availability. JLH

IT IS SO ORDERED this 12 day of July 2023

_____
The Honorable Jennifer L. Hall
United States Magistrate Judge