

**Alexis R. Gambale**
Associate
824 North Market Street
Suite 800
Wilmington, DE 19801
Direct: 302.295.0145
Fax: 201.488.5556
agambale@pashmanstein.com

June 17, 2025

**VIA ECF**
The Honorable Jennifer L. Hall
J. Caleb Boggs Federal Building
844 N. King Street
Unit 17, Room 6312
Wilmington, DE 19801-3555

*Re: Definition Services, Inc. v. GVA Capital Ltd. (1:21-cv-00741-JLH) – Resolution Update*

Dear Judge Hall:

    This office represents Plaintiff, Definition Services Inc. ("Plaintiff") in the above referenced action against GVA Capital Ltd. ("Defendant," together with Plaintiff, the "Parties"). On March 10, 2025, GVA filed the *Eighth Joint Stipulation And [Proposed] Order Staying Proceedings* [D.I. 153] (the "Stipulation") and the Court entered an Order approving that Stipulation on March 12, 2025, staying this proceeding until June 24, 2025 pending settlement discussions. *See* D.I. 154.

    The Parties remain in settlement discussions and are hopeful they will be able to come to a mutual agreement resolving this proceeding. The parties will provide a further update to the Court on June 24, 2025 regarding the status of the discussions.

Respectfully,

*/s/ Alexis R. Gambale*

Alexis R. Gambale